Affirmed; Opinion Filed November 28, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01061-CR
No. 05-11-01062-CR

**ARMANDO FERMIN SOTO, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court
### Dallas County, Texas
### Trial Court Cause Nos. F10-19502-H, F10-19503-H

## MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers
Opinion by Justice Lang-Miers

A jury convicted Armando Fermin Soto of two intoxication manslaughter offenses and assessed

punishment at twenty years' imprisonment and a $10,000 fine in each case. *See* TEX. PENAL CODE ANN.

§ 49.08(a) (West 2011). The trial court granted the State's motion to cumulate the sentences and ordered

the sentences to run consecutively. On appeal, appellant's attorney filed a brief in which she concludes

the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v.*

*California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why,

in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim.

App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in Anders cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.


ELIZABETH LANG-MIERS
JUSTICE


Do Not Publish
TEX. R. APP. P. 47
111061F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ARMANDO FERMIN SOTO, Appellant

No. 05-11-01061-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas (Tr.Ct.No. F10-19502-H).
Opinion delivered by Justice Lang-Miers, Justices Richter and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 28, 2012

ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ARMANDO FERMIN SOTO, Appellant

No. 05-11-01062-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas (Tr.Ct.No. F10-19503-H).

Opinion delivered by Justice Lang-Miers, Justices Richter and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 28, 2012

ELIZABETH LANG-MIERS
JUSTICE